■ JAMES R. WALLIS, Appellant, v KATHLEEN M. WALLIS, Respondent.—In an action for a divorce, the plaintiff husband appeals from an order of the Supreme Court, Westchester County, entered March 1, 1985, which, without a hearing, denied his motion to be relieved of his obligation to pay child support for his son David by reason of the fact that the child had become emancipated.

Ordered that the order is affirmed for reasons stated by Justice Marasco at Special Term. Thompson, J. P., Brown, Eiber and Kunzeman, JJ., concur.